JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

Attorneys for Defendants
BAYER HEALTHCARE LLC and BAYER CORPORATION

KEVIN F. WOODALL, ESQ. (SBN: 180650)
WOODALL LAW OFFICES
580 California Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 439-4803
Facsimile: (866) 937-4109

Attorneys for Plaintiff
RANDALL RARICH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDALL RARICH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BAYER HEALTHCARE LLC; BAYER CORPORATION and DOES 1-15,<br><br>　　　　　Defendants. | Case No. CV-12-0279 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RE: COMPLETION OF MEDIATION** |

　　　The parties, plaintiff Randall Rarich ("plaintiff"), on the one hand, and defendants Bayer HealthCare LLC ("Bayer") and Bayer Corporation, on the other hand, by and through their undersigned counsel, hereby stipulate as follows:

　　　1.　　Per Stipulation of the parties, this matter was referred to Mediation, with an Order by this Court that the Mediation would be completed within 180 days, which falls on or about October 15, 2012.

- 1 -

2. The parties have been cooperatively participating in the discovery process in order to complete appropriate pre-Mediation discovery. Due to the size of certain electronic data files possessed by Bayer, the parties will require additional time to complete the agreed upon pre-Mediation discovery, including Bayer's document production, the deposition of plaintiff, and possibly certain defense witnesses.

3. The parties have met and conferred and also conferred with the appointed Mediator, Victor (Jim) Haydel, Esq., and have agreed that it is sensible to conduct the Mediation in either late October or the first half of November in order that the appropriate pre-Mediation discovery may be completed. The parties have thus agreed and hereby seek from this Court a 30-day extension to November 16, 2012 to complete the Mediation.

4. No other Case Management dates are impacted by this request as trial is not set until October 2013.

5. The parties have not requested any other continuance of Case Management dates.

IT IS SO STIPULATED.

Dated: September 17, 2012

LAW OFFICE OF JEROME SCHREIBSTEIN

By  /s/
Jerome Schreibstein
Attorneys for Defendant BAYER
HEALTHCARE LLC  and BAYER
CORPORATION

Dated: September 17, 2012

WOODALL LAW OFFICES

By  /s/

KEVIN F. WOODALL, ESQ.
Attorneys for Plaintiff
RANDALL RARICH

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Mediation in this matter shall be completed on or before November 16, 2012.

Dated: 9/18/12



STIPULATION AND [PROPOSED] ORDER RE: COMPLETION OF MEDIATION
(Case No. CV-12-0279 PJH )