UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDALL RARICH,

        Plaintiff(s),                      No. C 12-0279 PJH

  v.                                **ORDER OF DISMISSAL**

BAYER HEALTHCARE LLC, et al.,

        Defendant(s).
_____/

       The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

       If no certification is filed, after passage of sixty (60), the dismissal shall be **with** prejudice.  The parties may also within this time frame, substitute a dismissal with prejudice.

       IT IS SO ORDERED.

Dated:  January 24, 2013

                                                       _____
                                                        PHYLLIS J. HAMILTON
                                                       United States District Judge